**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **TONY LAMAR IVEY   #57283-004** | **CASE NO.  2:21-CV-00649 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **FEDERAL BUREAU OF PRISONS** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that that the petition [Doc. Nos. 1,4] be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

MONROE, LOUISIANA, this 10th day of June, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE